UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,          CIVIL NO. 3-96-937 (PAM/JSM)

    Plaintiff,

v.          ORDER

DAVID T. REDBURN,

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated October 25, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED that:**

The defendant's contempt is hereby discharged.

Dated: November 21, 2007

                                   s/ Paul A. Magnuson
                                   PAUL A. MAGNUSON
                                   United States District Court Judge