```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 3-96-937 PAM/JSM
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID T. REDBURN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has objected to the garnishment of his wages. Defendant made a timely demand that the objections be heard in the district in which he resides pursuant to 28 U.S.C. § 3004(b)(2). By statute, the transfer to such district, here the Southern District of Iowa, is of right, without the need for a hearing.

Accordingly, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 3004(b)(2), this matter is transferred to the Southern District of Iowa, where defendant resides, solely for the purpose of determining the objections to garnishment filed by defendant. Upon determination of the garnishment objections, the matter will be transferred back to the District of Minnesota.

Dated: December 18, 2008

s/Paul A. Magnuson
PAUL A. MAGNUSON
Judge of District Court